O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID YUREVICH, JR., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br>v.<br><br>INTERSTATE-RIM MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company operating at: DOUBLETREE SAN PEDRO; INTERSTATE HOTELS & RESORTS, INC.; AIMBRIDGE HOSPITALITY, LCC, a Delaware Limited Liability Company; and DOES 1 – 50, inclusive<br><br>　　　　Defendants. | Case No. 2:22-cv-03713-MEMF (RAOx)<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND CLASS CERTIFICATION SCHEDULE [ECF NO. 21]** |

/ / /

/ / /

1

On November 18, 2022, the parties filed a Joint Stipulation re Extension of Time to File Motion for Class Certification and Opposition and Reply thereto. ECF No. 21. The Court, having considered the Parties' Joint Stipulation and finding good cause therefor, hereby ORDERS as follows:

1) The Class Discovery cut-off is extended to April 18, 2023;
2) The deadline to file a Motion for Class Certification is extended to June 21, 2023;
3) The deadline to file an Opposition to the Motion for Class Certification is extended to August 28, 2023;
4) The deadline to file a Reply in support of Class Certification is extended to September 29, 2023; and
5) The hearing on the Motion for Class Certification will be held on October 26, 2023.

The operative Opt-in period Cut-off Deadline and Deadline for Notice of Collective Action to be mailed to putative plaintiffs are hereby vacated and subject to reinstatement pending the outcome of Plaintiff's Motion for Class Certification. The parties are ORDERED to meet and confer regarding these deadlines and file a stipulation regarding these deadlines upon the Court's order on the Motion for Class Certification.

IT IS SO ORDERED.

Dated:  December 20, 2022

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge